# BARACK FERRAZZANO
Barack Ferrazzano Kirschbaum & Nagelberg LLP

**Robert E. Shapiro**  |  T. 312.984.3118  |  rob.shapiro@bfkn.com

**MEMO ENDORSED:** The conference on October 19, 2023 is adjourned to November 9, 2023 at 11:45 a.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse.

SO ORDERED.

*/s/ Paul G. Gardephe*

Paul G. Gardephe
United States District Judge
Date: October 6, 2023

**VIA ECF**

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re:  ***Discomoda U.S.A. Corp. et al.*, Case No. 1:23-CV-6227(PGG) – Conference**

Dear Judge Gardephe:

    I represent Defendants in the above-captioned case and I am writing to request an adjournment of the Initial Pre-Trial Conference currently scheduled to take place before Your Honor on October 19, 2023, to either November 9, 2023, or November 30, 2023 (an adjournment of either 21 or 42 days, respectively).

    Defendants are not currently due to file their responses to the complaint until October 31, 2023. I am requesting the adjournment to allow for Defendants to complete required filings and raise all pertinent issues before the preliminary conference. In the meantime, Defendants will have a full opportunity to investigate the issues of the case and facilitate discussions amongst the parties regarding those issues and be better prepared to discuss all matters with the Court. Plaintiffs are in agreement with this request.

    I appreciate the Court's attention to this matter.

               Sincerely,

               */s/ Robert E. Shapiro*

               Robert E. Shapiro

cc:  Counsel of record (via ECF)