UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DISCOMODA U.S.A. CORP., CLAUDIO
GAMEZ, JULIO ANDRES MOREAN
SOSA, CARLOS MOREAN DE LAS
CASAS, JOHANN MOREAN DE LAS
CASAS,

          Plaintiffs,

- against -

LOUIS VUITTON NORTH AMERICA,
INC., and
LOUIS VUITTON MALLETIER, S.A,

          Defendants.

**ORDER**

23 Civ. 6227 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      As discussed at today's conference, this matter is stayed for 30 days to permit parties to engage in settlement discussions and the informal exchange of documents.

      By December 11, 2023, the parties will submit a joint letter informing the Court whether a settlement in principle has been reached. If a settlement has not been reached by that date, the Court will enter the parties' proposed Case Management Plan, adjusted for the 30-day period of settlement discussions.

      If at any point, the parties believe a settlement conference would be productive, notify the Court.

Dated: New York, New York
       November 9, 2023

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge