UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISCOMODA U.S.A. CORP., CLAUDIO GAMEZ, JULIO ANDREAS MOREAN SOSA, CARLOS MOREAN DE LAS CASAS, and JOHANN MOREAN DE LAS CASAS,<br><br>      Plaintiffs,<br><br>- against -<br><br>LOUIS VUITTON NORTH AMERICA, INC., and LOUIS VUITTON MALLETIER, S.A.,<br><br>      Defendants. | **ORDER**<br><br>23 Civ. 6227 (PGG) (SN) |

PAUL G. GARDEPHE, U.S.D.J.:

    This matter is stayed until one week after the completion of a settlement conference before United States Magistrate Judge Sarah Netburn.

    At the conclusion of the settlement conference, the parties will submit a joint letter informing the Court whether a settlement in principle has been reached. If a settlement has not been reached by that date, the Court will enter the parties' proposed Case Management Plan, adjusted for the period of settlement discussions that has taken place after the November 9, 2023 conference.

Dated: New York, New York
     December 8, 2023

                 SO ORDERED.

                 *Paul S. Gardephe*
                 _____
                 Paul G. Gardephe
                 United States District Judge