UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DISCOMODA U.S.A. CORP., et al.,

                          **Plaintiffs**,

       -against-

LOUIS VUITTON NORTH AMERICA, INC., et al.,

                          **Defendants**.
------------------------------------------------------------X

23-CV-06227 (PGG)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

       On Friday, December 8, 2023, the Honorable Paul G. Gardephe assigned this matter to my docket for settlement. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests. As soon as practicable, the parties are directed to contact Courtroom Deputy Diljah Shaw at diljah_shaw@nysd.uscourts.gov with both parties on the email to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

                                             SARAH NETBURN
                                             United States Magistrate Judge

DATED:     December 13, 2023
                 New York, New York